[No. 30389-2-II. Division Two. May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MARVIN WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01374-8, James E. Warme, J., entered May 20, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30443-1-II. Division Two. May 25, 2004.]

GERRY BAUM, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-01102-8, Paula Casey, J., entered June 5, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.

[No. 30490-2-II. Division Two. May 25, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL JOHNSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-06319-2, James R. Orlando, J., entered June 12, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Bridgewater, J.

[No. 21379-0-III. Division Three. May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES T. BROWNLOW, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Adams County, No. 00-2-00146-4, Philip W. Borst, J., entered August 7, 2002. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.